15756.    GIBBS *v.* SECURITY-MUTUAL PAINT & VARNISH COMPANY.

BROYLES, C. J.  Under all of the facts of the case, it does not affirmatively appear that the judge abused his discretion in denying the motion to set aside the verdict and judgment.

*Judgment affirmed.    Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1924.  REHEARING DENIED DECEMBER 9, 1924.

Motion to set aside judgment; from city court of Tifton—Judge J. H. Price.  June 7, 1924.

*R. A. Hendricks,* for plaintiff in error.

*R. D. Smith,* contra.

---

15757.    GIBBS *v.* SMITH.

BROYLES, C. J.  Under all of the facts of the case, it does not affirmatively appear that the judge abused his discretion in denying the motion to set aside the verdict and judgment.

*Judgment affirmed.    Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1924.  REHEARING DENIED DECEMBER 24, 1924.

Description of case and counsel the same as in the next preceding case.